

FILED
*August 13, 2015*
Third Court of Appeals
Jeffrey D. Kyle
Clerk

Cause No. 03-14-00512-CR

**CRAE ROBERT PEASE**
**Appellant**



RECEIVED
AUG 1 3 2015
THIRD COURT OF APPEALS
JEFFREY D. KYLE

**v.**

**THE STATE OF TEXAS**
**Appellee**

**APPELLANT'S SECOND MOTION TO EXTEND TIME**
**TO FILE APPELLANT'S BRIEF**

**TO THE HONORABLE COURT OF APPEALS:**

Crae Robert Pease, Appellant, moves this Court to grant an extension of time to file Appellant's Brief, and respectfully states:

1. Appellant's Brief was due on August 13, 2015, however, the record wasn't complete, and a Supplemental Clerk's record was filed in this court on June 3, 2015.

2. Appellant seeks a thirty day extension of time to file Appellant's Brief from today's date , which would make Appellant's Brief due on or before September 13, 2015.

3. This extension of time is necessary because the issue is very complicated and requires a great deal of time to thoroughly examine the records and transcript and study the defenses.

4. This is the second extension of time Appellant has sought for the filing his brief and is not brought for purposes of delay.

For these reason, Crae Robert Pease requests that this court render an order

extending the time for filing Appellant's Brief to and including September 13,

2015.

_____
Crae Robert Pease
6715 Skynook Drive
Austin, Texas 78745

## CERTIFICATE OF CONFERENCE

On August 13, 2015, an attempt was made to confer with William Swaim,

attorney for Appellee, in order to confer as to the extension but was unable to reach

Mr. Swaim.

_____
Crae Robert Pease

## CERTIFICATE OF SERVICE

On August 13, 2015, a copy of the attached motion for extension of time
was sent by U. S. Postal Service to:

William Swaim
Travis County Attorney's Office
P. O. Box 1748
Austin, Texas 78767

_____